IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMY LEE JONES,

       Petitioner,                    No.  2:12-cv-3015 KJM CKD P

   vs.

M.D. BITER,

       Respondent.              ORDER

_____/

       Petitioner has requested an extension of time to file and serve a traverse and to file and serve a motion for reconsideration of the magistrate judge's order dated May 17, 2013.  (ECF No. 15.)  Good cause appearing, IT IS HEREBY ORDERED that:

       1. Petitioner's motion for an extension of time (ECF No. 16) is granted; and

       2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

/////

/////

/////

/////

/////

3. Petitioner is granted fourteen days from the date of this order in which to file and serve a motion for reconsideration of the magistrate judge's order dated May 17, 2013. No further extensions of time will be granted for the motion for reconsideration.

Dated: June 7, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
jone3015.111